STATE of Missouri, Respondent,

v.

Bryan K. BLAND, Appellant.

No. WD 44711.

Missouri Court of Appeals, Western District.

July 7, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1992.

Application to Transfer Denied Oct. 27, 1992.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

ORDER

PER CURIAM.

Appeal from conviction of assault in the first degree, Section 565.050, RSMo 1986, with a sentence of life imprisonment; robbery in the first degree, Section 569.020, RSMo 1986, with a sentence of ten years' imprisonment; rape, Section 566.030, RSMo 1986, with a sentence of one hundred years' imprisonment; and tampering in the first degree, Section 569.080.1(2), RSMo 1986, with a sentence of seven years' imprisonment.

Affirmed. Rule 30.25(b).